UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW J. GREER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13CV1530 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Terry I. Adelman for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On August 14, 2014, Judge Adelman filed his recommendation that the decision of the Commissioner denying plaintiff's application for supplemental security income under Title XVI of the Social Security Act be affirmed. No objections to Judge Adelman's Report and Recommendation were filed, and the time for filing objections or for seeking an extension of time to do so has expired.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Adelman set forth in the Report and Recommendation of August 14, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated August 14, 2014 [#25] is adopted in its entirety.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2014.